JUDGE: Hon. Phil Brandt

# UNITED STATES BANKRUPTCY COURT
## WESTERN DISTRICT OF WASHINGTON AT SEATTLE

| | |
|---|---|
| In Re: | No. 08-14718 |
| VENKAT PRASAD, | **DEBTOR'S MOTION FOR VOLUNTARY DISMISSAL** |
| Debtor. | (Ex-parte) |

- MOTION -

COMES NOW the Debtor, and by and through his attorney of record, Thomas P. Vest, hereby moves this Court for a voluntary dismissal of his pending Chapter 13 matter, pursuant to 11 U.S.C. § 1307(b).

DATED this 6th day of November, 2008.

S/s Thomas P. Vest; Electronically filed
THOMAS P. VEST, Attorney for Debtor

Thomas P. Vest
1530 140th Ave. NE #210
Bellevue WA 98005
(425) 644-2200

MOTION FOR VOLUNTARY DISMISSAL- Page 1