# Debtor Change of Address - Case # 08-14718-

| | Debtor 1 | | | Debtor 2 | |
|---|---|---|---|---|---|
| | First | Venkat | | First | |
| | Last | Prasad | | Last | |
| | Addr1 | PO Box 541 | | Addr1 | |
| | Addr2 | | | Addr2 | |
| | Addr3 | | | Addr3 | |
| | City | Redmond | | City | |
| | State | WA | | State | |
| | Zip | 980730541 | | Zip | 000000000 |

The Chapter 13 Trustee reports the above address change.